**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric L. JACKSON, a/k/a Tango, Defendant–Appellant.**

No. 12–6157.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Eric L. Jackson, Appellant Pro Se. Robert Hugh McWilliams, Jr., John Castle Parr, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Jackson appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson,* No. 5:01–cr–00004–FPS–JES–1 (N.D.W.Va. Jan. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*